**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 09, 2015

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. John Michael Lamerson
The Lamerson Law Firm
PO Box 241
Corpus Christi, TX 78403
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00741-CR
Tr.Ct.No. 12-CR-2890-E
Style:     Buford Randle a/k/a Randle Buford v. The State of Texas


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:     148th District Court (DELIVERED VIA E-MAIL)
Hon. Anne Lorentzen, Nueces County District Clerk (DELIVERED VIA E-MAIL
Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Region
(DELIVERED VIA E-MAIL)